```
 1  JULIE M. MCCOY, Bar no. 129640
    485 E. 17TH ST.  SUITE 111
 2  COSTA MESA, CA 92627
    Telephone: (949) 722-0055
 3  Fax: (949) 722-8416

 4  Attorney for: PLAINTIFF

 5

 6

 7                UNITED STATES DISTRICT COURT

 8                CENTRAL DISTRICT OF CALIFORNIA

 9
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>RIGOBERTO BRUCE AKA RIGOBERTO M. BRUCE,<br><br>            Defendant | No. CV A 08-2647<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Rigoberto Bruce aka Rigoberto M. Bruce, in the principal amount of $4,530.30 plus interest accrued to April 11, 2008, in the sum of $3,693.06; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $**8,223.36**.

DATED: April 28, 2008           By: SHERRI R. CARTER
                                    Clerk of the Court

                                /s/K.Phillips for
                                SHARON HALL-BROWN
                                    Deputy Clerk
                                United States District Court