```
JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>RIGOBERTO BRUCE AKA RIGOBERTO M. BRUCE,<br><br>             Defendant | No. CV A 08-2647<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Rigoberto Bruce aka Rigoberto M. Bruce, in the principal amount of $4,530.30 plus interest accrued to April 11, 2008, in the sum of $3,693.06; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $**8,223.36**.

DATED: April 28, 2008        By: SHERRI R. CARTER
                                        Clerk of the Court

                                    /s/K.Phillips for
                                    SHARON HALL-BROWN
                                        Deputy Clerk
                             United States District Court